UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JENNIFER LYNN FULLER, <br><br> Plaintiff <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION COMMISSIONER, <br><br> Defendant | ) ) ) ) ) ) CIVIL NO. 2:23-cv-00446-JAW ) ) ) ) ) |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge John A. Woodcock, Jr., dated May 3, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

CHRISTA K. BERRY, CLERK

By: /s/ Joanne McCue
    Deputy Clerk

Dated: May 3, 2024